76666.0276

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TWANG PARTNERS LTD., ROGER T. TREVINO AND JOSH POLANSKY  **Plaintiffs,**  V.  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AND JOSH ENGLE  **Defendants** | § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:17-CV-00924-FB |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this 29th day of May, 2018.

ADAMI, SHUFFIELD, SCHEIHING
  & BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com


By: _____
  ROBERT F. SCHEIHING
  State Bar No. 17736350

**ATTORNEY FOR DEFENDANTS**

Brennen S. Jenkins
PHIPPS, LLP
102 9th Street
San Antonio, Texas 78215
(210) 340-9877
(210) 340-9887 Facsimile
bjenkins@phippsllp.com


By: _____
  Brennen S. Jenkins
  SBN: 24092576

**ATTORNEY FOR PLAINTIFFS**